UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA DEAL, | ) |
|                   Plaintiff(s), | )    Case No. 2:14-cv-02217-JAD-VCF |
| vs. | )    **ORDER** |
| RIO PROPERTIES LLC, | )    (Docket No. 18) |
|                   Defendant(s). | ) |

On May 29, 2015, the Court set an Early Neutral Evaluation ("ENE") in this case for August 5, 2015. Docket No. 12. Now before the Court is a stipulation to continue that ENE. Docket No. 18. The stipulation indicates that Plaintiff's counsel needs to appear in another ENE in another case at the same time as the ENE is scheduled in this case. *See* Docket No. 18 at 2. The stipulation fails to indicate the case number in which that other ENE is scheduled, or when the order scheduling it was issued. *See id.* Accordingly, the stipulation is hereby **DENIED** without prejudice. Any renewed stipulation must be filed no later than July 23, 2015.

      IT IS SO ORDERED.

      Dated: July 22, 2015

                                                            _____
                                                            Nancy J. Koppe
                                                             United States Magistrate Judge