**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BRENDA DEAL, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-02217-JAD-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RIO PROPERTIES LLC, | ) | (Docket No. 20) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a stipulation to continue the ENE in this case. Docket No. 20. For good cause shown, the Court hereby **GRANTS** the stipulation as follows. The ENE currently scheduled in this case for August 5, 2015, is hereby **VACATED**. The proposed alternative dates provided by the parties are not compatible with the Court's calendar. Accordingly, the ENE will be **RESET** for September 24, 2015, at 10:00 a.m.[1] The parties shall submit their confidential ENE statements no later than September 17, 2015. All other requirements outlined in Docket No. 12 continue to apply.

IT IS SO ORDERED.

Dated: July 22, 2015

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Any request to continue this date shall be filed no later than July 29, 2015.