1  Elayna J. Youchah, Bar No. 5837
   youchahe@jacksonlewis.com
2  Phillip C. Thompson, Bar No. 12114
   phillip.thompson@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Fax: (702) 921-2461

6  *Attorney for Defendant Rio Properties LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA DEAL, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>RIO PROPERTIES LLC, a domestic corporation d/b/a RIO ALL SUITE HOTEL AND CASINO; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-02217-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 8th day of October, 2015.

| HATFIELD AND ASSOCIATES, LTD | JACKSON LEWIS P.C. |
|---|---|
| /s/ Trevor J. Hatfield | /s/ Elayna J. Youchah |
| Trevor J. Hatfield, Bar No. 7373 | Elayna J. Youchah, Bar No. 5837 |
| 703 South Eighth Street | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED  October 8, 2015.

_____
United States District Judge